## Miles et al., Appellants, *v.* Pennsylvania Public Utility Commission.

Argued September 9, 1968; reargument refused November 22, 1968. *Paul A. Levy,* with him *Frater, Green & Levy,* for appellants; *Dominic J. Ferraro,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee; *R. Lee Ziegler,* for intervening appellee.

Orders affirmed.